BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for the Government of
Guam Retirement Fund*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Government of Guam Retirement Fund, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC,<br><br>　　　　　Defendants. | Case No. C 11-00536 EMC<br><br>JOINT STIPULATION AND [PROPOSED] ORDER<br><br>Courtroom: C, 15th Floor<br>Judge: Edward M. Chen |

WHEREAS, on February 3, 2011, Plaintiff the Government of Guam Retirement Fund filed a Class Action Complaint (the "Complaint") against Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC for (1) breach of fiduciary duty; (2) negligence/gross negligence; and (3) an accounting.

WHEREAS, the deadline for Defendants to answer, move, or otherwise respond to the Complaint is currently February 28, 2011.

WHEREAS, counsel to the parties have met and conferred regarding (i) extending the deadline for Defendants to answer, move, or otherwise respond to the Complaint; (ii) scheduling the earliest practicable date for the parties to confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure ("Rules"); and (iii) designation of Plaintiff's counsel as interim lead counsel for the putative class pursuant to Rule 23(g)(3) to aid in the orderly and efficient development of the case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, with the Court's permission, that:

1. Defendants shall, by March 25, 2011, answer, move, or otherwise respond to the Complaint.

2. If Defendants move to dismiss one or more claims in the Complaint, opposition papers shall be filed by Plaintiff within 30 days from the filing of the motion to dismiss. Any reply by Defendants shall be filed within 14 days of the filing of the opposition.

3. The parties shall hold the conference required by Rule 26(f) of the Federal Rules of Civil Procedure no later than April 15, 2011.

4. Bernstein Litowitz Berger & Grossman LLP is appointed interim lead plaintiff's counsel for the putative class ("Interim Lead Counsel"). Defendants take no position on the appointment of Bernstein Litowitz Berger & Grossman LLP as Interim Lead Counsel but if so appointed, Defendants' counsel may rely upon all agreements made with Interim Lead Counsel.

| | |
|---|---|
| Dated: February 22, 2011 | Respectfully submitted, |
| | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | /s/ Blair A. Nicholas |
| | BLAIR A. NICHOLAS<br>DAVID KAPLAN<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323 |
| | *Attorneys for Plaintiff the Government of Guam Retirement Fund* |
| Dated: February 22, 2011 | MAYER BROWN LLP |
| | /s/ Lee H. Rubin |
| | LEE H. RUBIN<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Tel:  (650) 331-2000<br>Fax:  (650) 331-2060 |
| | *Attorneys for Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center* |

**[PROPOSED ORDER]**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __2/24__, 2011                    _____
                                                              MA... RD M. CHEN

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

CERTIFICATION UNDER GENERAL ORDER NO. 45

I, Blair A. Nicholas, am the ECF User and whose ID and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with General Order No. 45, X.B., I attest that Lee H. Rubin has concurred in this filing.

Dated: February 22, 2011

                                                */s/Blair A. Nicholas*

                                                BLAIR A. NICHOLAS


## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s) indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 22, 2011.


          */s/ Blair A. Nicholas*

BLAIR A. NICHOLAS

BERNSTEIN LITOWITZ BERGER
  && GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
Email: blairn@blbglaw.com

## Mailing Information for Case No. C11-0536 EMC

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- Blair A. Nicholas
  blairn@blbglaw.com

**Manual Notice List**

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing).

- Lee H. Rubin
  MAYER BROWN LLP
  Two Palo Alto Square, Suite 300
  3000 El Camino Real
  Palo Alto, CA 94306-2112