BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Attorneys for the Government of
Guam Retirement Fund*

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Government of Guam Retirement Fund, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC,<br><br>Defendants. | Case No. C 11-00536 JSW<br><br>JOINT STIPULATION AND [~~PROPOSED~~] ORDER NO. 2<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

WHEREAS, on February 3, 2011, Plaintiff the Government of Guam Retirement Fund filed a Class Action Complaint (the "Complaint") against Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC ("Guam Defendants") for (1) breach of fiduciary duty; (2) negligence/gross negligence; and (3) an accounting.

WHEREAS, on February 24, 2011 (Dkt. No.7), the Court entered an Order ("Order No. 1") that: (1) extended the deadline for the Guam Defendants to answer, move, or otherwise respond to the Complaint until March 25, 2011; (2) extended the deadline for Plaintiff to oppose any motion to dismiss the Complaint (or any claim asserted therein) until 30 days from the filing of the motion to dismiss; (3) ordered the parties to hold the conference required by Rule 26(f) of the Federal Rules of Civil Procedure ("Rules") no later than April 15, 2011; and (4) appointed Bernstein Litowitz Berger & Grossmann LLP as interim lead plaintiff's counsel for the putative class pursuant to Rule 23(g)(3).

WHEREAS, on February 24, 2011, a class action complaint arising under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001, *et seq.* ("ERISA") was filed against the Guam Defendants and Barr Rosenberg ("NEI Health Benefit Fund Defendants" or "Defendants") in the Northern District of California titled *The Board of Trustees of the National Elevator Industry Health Benefit Fund v. AXA Rosenberg Group, LLC, et al.*, Case No. 4:11-cv-00897 ("*NEI Health Benefit Fund*"). Similar to the complaint in this case, the *NEI Health Benefit Fund* complaint alleges that NEI Health Benefit Fund Defendants owed fiduciaries duties to plaintiff and members of the putative class and breached those duties in connection with a significant computer error in AXA Rosenberg Group LLC quantitative investment models and that Defendants are liable to plaintiff and members of the putative class for all losses resulting from the breach of ERISA duties, including the return of certain fees.

WHEREAS, on March 17, 2011, the parties in this action moved, pursuant to Local Rule 3-12, to relate the *NEI Health Benefit Fund* case with this action.

WHEREAS, Plaintiffs in this action and the *NEI Health Benefit Fund* action intend to file a consolidated complaint and the parties in this action and the *NEI Health Benefit Fund* action

have met and conferred regarding (i) scheduling a date for the filing of the consolidated complaint (the "Consolidated Complaint"); (ii) extending the deadline for Defendants to answer, move, or otherwise respond to the Consolidated Complaint; (iii) scheduling the earliest practicable date for the parties in the Consolidated Action to meet and confer pursuant to Rule 26(f); and (iv) designation of Plaintiffs' counsel in the Consolidated Action as Co-Interim Lead Counsel pursuant to Rule 23(g)(3) to aid in the orderly and efficient development of the case.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, with the Court's permission, that:

1. The deadlines set forth in the Court's Order No. 1 are vacated.
2. Plaintiffs shall, by April 15, 2011, file a Consolidated Complaint.
3. Defendants shall, by May 30, 2011, answer, move, or otherwise respond to the Consolidated Complaint.
4. If Defendants move to dismiss one or more claims in the Consolidated Complaint, opposition papers shall be filed by Plaintiffs within 30 days from the filing of the motion to dismiss.   Any reply by Defendants shall be filed within 21 days of the filing of the opposition.
5. The parties shall hold the conference required by Rule 26(f) no later than June 17, 2011.
6. Bernstein Litowitz Berger and Grossmann LLP and Lieff Cabraser Heimann & Bernstein, LLP are appointed co-interim lead plaintiffs' counsel for the putative class ("Co-Interim Lead Counsel") pursuant to Rule 23(g)(3).  Defendants take no position on the appointment of these firms as Co-Interim Lead Counsel but if so appointed, Defendants' counsel may rely upon all agreements made with Co-Interim Lead Counsel.

| | |
|---|---|
| Dated:  March 17, 2011 | Respectfully submitted, |
| | BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP |
| | |
| |      */s/ Blair A. Nicholas*<br>BLAIR A. NICHOLAS<br>DAVID KAPLAN<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323 |
| | *Attorneys for Plaintiff the Government of Guam Retirement Fund* |
| Dated:  March 17, 2011 | LIEFF CABRASER HEIMANN<br>   & BERNSTEIN LLP |
| |      */s/ Kelly M. Dermody*<br>KELLY M. DERMODY<br>ALISON STOCKING<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel:   (415) 956-1000<br>Fax:  (415) 956-1008 |
| | *Attorneys for Plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund* |
| Dated:  March 17, 2011 | MAYER BROWN LLP |
| |      */s/ Lee H. Rubin*<br>LEE H. RUBIN<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Tel:   (650) 331-2000<br>Fax:  (650) 331-2060 |
| | *Attorneys for Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center* |

| | |
|---|---|
| Dated: March 17, 2011 | COBLENTZ, PATCH, DUFFY & BASS LLP |

  _____/s/ Jonathan Bass_____
  JONATHAN BASS
  One Ferry Building, Suite 200
  San Francisco, CA 94111-4213
  Tel:    (415) 772-5757
  Fax:    (415) 989-1663

  *Attorneys for Barr Rosenberg*

## [~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __March 18_____, 2011        _____/s/ Jeffrey S. White_____
                                       HONORABLE JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

CERTIFICATION UNDER GENERAL ORDER NO. 45

I, Blair A. Nicholas, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order.  In compliance with General Order No. 45, X.B., I attest that Kelly M. Dermody, Lee H. Rubin, and Jonathan Bass have concurred in this filing.

Dated: March 17, 2011

  _____/s/Blair A. Nicholas_____
  BLAIR A. NICHOLAS

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail address denoted on the attached Electronic Mail Notice List for this matter.

I am also serving the foregoing by placing the document in a sealed envelope with postage prepaid, via First Class Mail, in the United States mail at San Diego, California to the parties listed on the attached Service List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 17, 2011.


                               */s/ Blair A. Nicholas*

BLAIR A. NICHOLAS

BERNSTEIN LITOWITZ BERGER
   & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
Email: blairn@blbglaw.com

**Mailing Information**

**Electronic Mail Notice List for Case No. CV11-0536 JSW:**

- Lee H. Rubin
  lrubin@mayerbrown.com

**Service List:**

Jonathan R. Bass
Susan K. Jamison
**Coblentz, Patch, Duffy & Bass LLP**
One Ferry Buidling, Suite 200
San Francisco, CA 94111-4213
Telephone: 415-772-5757
Fax: 415-989-1663
Email: jbass@coblentzlaw.com
         sjamison@cpdb.com

*Attorneys for Defendant Barr Rosenberg*

Rena Chng
**Mayer Brown LLP**
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: 650-331-2067
Fax: 650-331-4567
Email: rchng@mayerbrown.com

*Attorneys for Defendants AXA Rosenberg Group LLC,*
*AXA Rosenberg Investment Management LLC,*
*and Barr Rosenberg Research Center LLC*

Kelly M. Dermody
Alison Stocking
**Leiff Cabraser Heimann & Bernstein LLP**
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
Fax: 415-956-1008
Email: kdermody@lchb.com
         astocking@lchb.com

1  Steven Eliott Fineman
   **Leiff Cabraser Heimann & Bernstein LLP**
2  250 Hudson Street
   8th Floor
3  New York, NY 10013-1413
4  Telephone: 212-355-9500
   Fax: 212-335-9592
5  Email: sfineman@lchb.com

6  Louis P. Malone, III
   **O'Donoghue & O'Donoghue**
7  4748 Wisconsin Ave., NW
8  Washington, DC 20016

9  *Attorneys for Plaintiff the Board of Trustees*
   *of the National Elevator Industry Health Benefit Fund*
10

11 **Courtesy Copy Hand Delivered to:**
12
   Honorable Claudia Wilken
13 U.S. District Court for the Northern District of California
   Oakland Courthouse
14 Courtroom 2- 4th Floor
   1301 Clay Street
15 Oakland, CA 94612