MAYER BROWN LLP
Lee H. Rubin (SBN 141331)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrown.com

Counsel for Defendants
AXA Rosenberg Group LLC, AXA Rosenberg
Investment Management LLC, and Barr
Rosenberg Research Center LLC

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>Defendants. | Lead Case No. C 11-00536 JSW<br>Case No. CV11-0897<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER NO. 3**<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

1  WHEREAS, on March 15, 2011, the Court entered an Initial Scheduling Conference Order ("the March 15, 2011 Order") in the putative class action captioned the *Government of Guam Retirement Fund v. AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC,* Case No. C 11-00536 ("the Guam Action"), in which the Court set the Case Management Conference for May 27, 2011 and ordered a Case Management Statement by May 20, 2011;

WHEREAS, on March 17, 2011, the parties moved to relate the Guam Action with another putative class action filed in the Northern District of California captioned *The Board of Trustees of the National Elevator Industry Health Benefit Fund v. AXA Rosenberg Group, LLC, et al.*, Case No. 4:11-cv-00897 ("NEI Health Benefit Fund Action") and informed the Court that Plaintiffs in the Guam Action and NEI Health Benefit Fund Action intended to file a consolidated complaint;

WHEREAS, on March 18, 2011, the Court granted the parties' motion to relate the NEI Health Benefit Fund Action to the Guam Action ("Related Cases") and further entered an order ("Order No. 2") that, among other things, (1) vacated the deadlines set forth in the Court's previous order in the Guam Action dated February 24, 2011 ("Order No. 1"); (2) ordered Plaintiffs to file a Consolidated Complaint by April 15, 2011 and ordered Defendants to answer, move, or otherwise respond to the Consolidated Complaint by May 30, 2011; and (3) ordered the parties to hold the conference required by Rule 26(f) of the Federal Rules of Civil Procedure no later than June 17, 2011;

WHEREAS, on April 15, 2011, Plaintiffs filed a Consolidated Complaint against Defendants;

WHEREAS, pursuant to the Court's Order No. 2, Defendants plan to move to dismiss Plaintiffs' Consolidated Complaint by May 30, 2011;

WHEREAS, pursuant to the Court's Order No. 2, Plaintiffs and Defendants will hold the discovery conference required by Rule 26(f) no later than June 17, 2011;

WHEREAS, Rule 26(f)(1) requires that parties meet and confer at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16(b);

1  WHEREAS, pursuant to the Court's March 15, 2011 Order, the Case Management Conference for the Guam Case remains scheduled for May 27, 2011, which is three weeks before the parties' deadline for holding a Rule 26(f) conference.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, with the Court's permission, that:

1. The deadlines set forth in the Court's March 15, 2011 Order in the Guam Action for the Case Management Conference are vacated.

2. The Case Management Conference in the Related Cases required by Local Rule 16-2(a) shall be held before the Court on Friday, July 15, 2011 at 1:30 p.m., or at a later date at the Court's convenience.

3. The Case Management Statement required by Local Rule 16-9 shall be filed by July 8, 2011.

Dated: May 12, 2011

Respectfully submitted,

MAYER BROWN LLP

/s/ Lee H. Rubin
LEE H. RUBIN
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94305-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

*Counsel for Defendants
AXA Rosenberg Group LLC, AXA Rosenberg
Investment Management LLC, and Barr
Rosenberg Research Center LLC*

Dated: May 12, 2011

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

/s/ Blair A. Nicholas
BLAIR A. NICHOLAS
DAVID KAPLAN
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Co-Lead Interim Counsel for the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: May 12, 2011 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| 2 | | |
| 3 | | /s/ Kelly M. Dermody<br>KELLY M. DERMODY |
| 4 | | ALISON STOCKING<br>275 Battery Street, 29th Floor |
| 5 | | San Francisco, CA 94111-3339<br>Tel: (415) 956-1000 |
| 6 | | Fax: (415) 956-1008 |
| 7 | | *Co-Lead Interim Counsel for the Proposed Class* |
| 8 | Dated: May 12, 2011 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| 9 | | |
| 10 | | /s/ Jonathan Bass<br>JONATHAN BASS |
| 11 | | One Ferry Building, Suite 200<br>San Francisco, CA 94111-4213 |
| 12 | | Tel: (415) 772-5757<br>Fax: (415) 989-1663 |
| 13 | | *Counsel for Defendant Barr Rosenberg* |

[~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 13, 2011                 /s/ Jeffrey S. White
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

CERTIFICATION UNDER GENERAL ORDER NO. 45

I, Lee H. Rubin, am the ECF User whose ID and password are being used to file this Joint Stipulation and [Proposed] Order. In compliance with General Order No. 45, X.B., I attest that Blair A. Nicholas, Kelly M. Dermody, and Jonathan Bass have concurred in this filing.

Dated: May 12, 2011

/s/ Lee H. Rubin
LEE H. RUBIN

4
JOINT STIPULATION AND [PROPOSED] ORDER NO. 3 (CASE NO. C 11-00536 (JSW))