1  MAYER BROWN LLP
   Lee H. Rubin (SBN 141331)
2  Two Palo Alto Square, Suite 300
   3000 El Camino Real
3  Palo Alto, CA 94306-2112
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-2060
   lrubin@mayerbrown.com
5
   Counsel for Defendants
6  AXA Rosenberg Group LLC, AXA Rosenberg
   Investment Management LLC, and Barr
7  Rosenberg Research Center LLC

8  [Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>Defendants. | Lead Case No. CV 11-00536 JSW<br>Case No. CV 11-0897<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER NO. 4**<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

JOINT STIPULATION AND [PROPOSED] ORDER NO. 4 (CASE NO. CV 11-00536 (JSW))

WHEREAS, on March 18, 2011, the Court entered an order ("Order No. 2") that, among other things, ordered Plaintiffs to file a Consolidated Complaint by April 15, 2011 and ordered Defendants to answer, move, or otherwise respond to the Consolidated Complaint by May 30, 2011, which is a federal holiday;

WHEREAS, on April 15, 2011, Plaintiffs filed the Consolidated Complaint ("Complaint") against Defendants;

WHEREAS, the Complaint involves two proposed classes of plaintiffs, an Investor Class and an ERISA Class, and alleges eight causes of action against Defendants, namely: breach of fiduciary duty on behalf of the Investor Class (Count I), aiding and abetting breach of fiduciary duty on behalf of the Investor Class (Count II), negligence/gross negligence on behalf of the Investor Class (Count III), an accounting for the Investor Class (Count IV), breach of the duty of prudence on behalf of the ERISA Class (Count V), breach of the duty of loyalty on behalf of the ERISA Class (Count VI), co-fiduciary liability on behalf of the ERISA class (Count VII), and prohibited transactions on behalf of the ERISA class (Count VIII);

WHEREAS, Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC together intend to file a motion to dismiss the Complaint and Defendant Barr Rosenberg intends to file a separate motion to dismiss the Complaint;

WHEREAS, pursuant to the Court's Civil Standing Order, all briefs in support of, in opposition to, or in reply to any motion (with certain exceptions not relevant here), may not exceed fifteen pages in length;

WHEREAS, given the legal issues raised by the Complaint, as well as the need to brief arguments unique to particular Defendants, Defendants believe they collectively will need more than fifteen pages for each of their two respective briefs in support of their motions to dismiss;

WHEREAS, to respond to the anticipated arguments in the motions to dismiss, Plaintiffs will likely need more than fifteen pages for their briefs in opposition to Defendants' respective motions to dismiss.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, with the Court's permission, that:

1. The aggregate page limit for Defendants' motions to dismiss and supporting briefs shall be extended to forty (40) pages, and no individual brief on behalf of any defendant or group of defendants shall exceed twenty-five (25) pages.

2. The aggregate page limit for Plaintiffs' opposition to Defendants' respective motions to dismiss and supporting briefs shall also be extended to forty (40) pages, and, if Plaintiffs do not file a consolidated opposition, no individual brief in response to a specific motion to dismiss shall exceed 25 pages.

3. The aggregate page limit for Defendants' respective reply briefs shall be extended to twenty-five (25) pages, and no individual brief on behalf of any defendant or group of defendants shall exceed fifteen (15) pages.

4. Defendants' motions to dismiss shall be filed no later than May 31, 2011.

5. Plaintiffs' opposition to Defendants' motions to dismiss shall be filed no later than July 15, 2011.

6. Defendants' reply briefs shall be filed no later than August 12, 2011.

7. The parties agree to notice the hearing for the motion for September 16, 2011.

Dated: May 26, 2011

Respectfully submitted,

MAYER BROWN LLP

   /s/ Lee H. Rubin_____
LEE H. RUBIN
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94305-2112
Tel: (650) 331-2000
Fax: (650) 331-2060

*Counsel for Defendants*
*AXA Rosenberg Group LLC, AXA Rosenberg*
*Investment Management LLC, and Barr*
*Rosenberg Research Center LLC*

| | |
|---|---|
| Dated: May 26, 2011 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| | /s/ Blair A. Nicholas<br>BLAIR A. NICHOLAS<br>DAVID KAPLAN<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel: (858) 793-0070<br>Fax: (858) 793-0323 |
| | *Co-Lead Interim Counsel for the Proposed Class* |
| Dated: May 26, 2011 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |
| | /s/ Kelly M. Dermody<br>KELLY M. DERMODY<br>ALISON STOCKING<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008 |
| | *Co-Lead Interim Counsel for the Proposed Class* |
| Dated: May 26, 2011 | COBLENTZ, PATCH, DUFFY & BASS LLP |
| | /s/ Jonathan Bass<br>JONATHAN BASS<br>One Ferry Building, Suite 200<br>San Francisco, CA 94111-4213<br>Tel: (415) 772-5757<br>Fax: (415) 989-1663 |
| | *Counsel for Defendant Barr Rosenberg* |

[~~PROPOSED~~ ORDER]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 27, 2011

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

4

JOINT STIPULATION AND [~~PROPOSED~~] ORDER NO. 4 (CASE NO. CV 11-00536 (JSW))