1   MAYER BROWN LLP
    Lee H. Rubin (SBN 141331)
2   Two Palo Alto Square, Suite 300
    3000 El Camino Real
3   Palo Alto, CA  94306-2112
    Telephone: (650) 331-2000
4   Facsimile:  (650) 331-2060
    lrubin@mayerbrown.com
5
    Counsel for Defendants
6   AXA Rosenberg Group LLC, AXA Rosenberg
    Investment Management LLC, and Barr
7   Rosenberg Research Center LLC

8

9                   **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                     **SAN FRANCISCO DIVISION**

12

13  THE GOVERNMENT OF GUAM                   Lead Case No. C 11-00536 (JSW)
    RETIREMENT FUND; THE SACRAMENTO          Case No. CV11-0897
14  COUNTY EMPLOYEES' RETIREMENT
    SYSTEM; THE BOARD OF TRUSTEES OF         **CERTIFICATION OF INTERESTED**
15  THE NATIONAL ELEVATOR INDUSTRY           **ENTITIES OR PERSONS AND RULE 7.1**
    HEALTH BENEFIT FUND; and THE BOARD       **DISCLOSURE STATEMENT**
16  OF TRUSTEES OF THE PIPEFITTERS
    LOCAL 636 DEFINED BENEFIT PENSION
17  FUND, both individually, and on behalf of all
    others similarly situated,
18
                    Plaintiffs,
19
    v.
20
    AXA ROSENBERG GROUP LLC; AXA
21  ROSENBERG INVESTMENT
    MANAGEMENT LLC; BARR ROSENBERG
22  RESEARCH CENTER LLC; and BARR
    ROSENBERG,
23
                    Defendants.
24

25          Pursuant to Civil L.R. 3-16 and Fed. R. Civ. P. 7.1, the undersigned certifies that

26  the following listed persons, firms, partnerships, corporations (including parent corporations), or

27  other entities (i) have a financial interest in the subject matter in controversy or in a party to the

28

1   proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

2   substantially affected by the outcome of this proceeding:

3       1.    AXA Investment Managers S.A. (France), the corporate parent of AXA

4   Rosenberg Group LLC; and

5       2.    AXA S.A. (France), the corporate parent of AXA Investment Managers S.A. and

6   the ultimate corporate parent of AXA Rosenberg Group LLC.

7       There is no parent corporation or publicly held corporation owning more than 10% of

8   AXA S.A.'s stock, which is traded on Euronext.

9

10

11   Dated:  May 31, 2011                MAYER BROWN LLP

12

13                              By:  ___/s/  Lee H. Rubin_____ .
                                      Lee H. Rubin

14

15                              Counsel for Defendants
                           AXA Rosenberg Group LLC, AXA Rosenberg
                           Investment Management LLC, and Barr

16                              Rosenberg Research Center LLC

17

18

19

20

21

22

23

24

25

26

27

28