MAYER BROWN LLP
Lee H. Rubin (SBN 141331)
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2060
lrubin@mayerbrown.com

Counsel for Defendants
AXA Rosenberg Group LLC, AXA Rosenberg
Investment Management LLC, and Barr
Rosenberg Research Center LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND, THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM, THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND, and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf all others similarly situated,<br><br>          Plaintiffs,<br><br>   v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>          Defendants. | Lead Case No. CV 11-00536 JSW<br>Case No. CV 11-00897<br><br>**DECLARATION OF LEE H. RUBIN IN SUPPORT OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Date: September 9, 2011<br>Time: 9:00 A.M.<br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

I, Lee H. Rubin, hereby declare as follows:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner of the law firm of Mayer Brown LLP, counsel for defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC. I submit this declaration in support of defendants' Motion to Dismiss the Consolidated Class Action Complaint. I have personal knowledge of the matters stated herein, and can and will testify thereto if called upon to do so.

2. Attached as Exhibit A is a true and correct copy of the Corrected Order Instituting Administrative and Cease-and-Desist Proceedings in *In re AXA Rosenberg Group, LLC et al.*, Securities Act Release No. 9181 (Feb. 3, 2011), publicly available at http://www.sec.gov/litigation/admin/2011/33-9181.pdf.

3. Attached as Exhibit B is a true and correct copy of the Investment Management Agreement between the Government of Guam Retirement Fund and AXA Rosenberg Investment Management LLC.

4. Attached as Exhibit C is a true and correct copy of the Laudus Funds Prospectus, dated July 19, 2009, as filed with the United States Securities and Exchange Commission, and as publicly available at http://www.laudusfunds.com.

5. Attached as Exhibit D is a true and correct copy of the Subadviser Agreement of the Laudus Rosenberg International Equity Fund, dated January 30, 2004, as filed with the United States Securities and Exchange Commission.

6. Attached as Exhibit E is a true and correct copy the Subadviser Agreement of the Laudus Rosenberg International Small Capitalization Fund, dated January 30, 2004, as filed with the United States Securities and Exchange Commission.

7. Attached as Exhibit F is a true and correct copy of the AXA Rosenberg Small/Mid Cap Institutional Fund, LLC Confidential Private Offering Memorandum, dated June 12, 2006.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on May 31, 2011 in Palo Alto, California.

                                                /s/ Lee H. Rubin

                                                Lee H. Rubin