JONATHAN R. BASS (State Bar No. 75779)
SUSAN K. JAMISON (State Bar No. 131867)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:  ef-jrb@cpdb.com,
        ef-skj@cpdb.com,
        ef-jjb@cpdb.com

Attorneys for Defendant Barr Rosenberg

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| The Government of Guam Retirement Fund; The Sacramento County Employees' Retirement System; The Board of Trustees of The National Elevator Industry Health Benefit Fund; and The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund, both individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>     v.<br><br>AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, Barr Rosenberg Research Center LLC, and Barr Rosenberg,<br><br>            Defendants. | Lead Case No. CV 11-00536 JSW<br>Related Case No. CV 11-0897<br><br>**DEFENDANT BARR ROSENBERG'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Date:            September 11, 2011<br>Time:            9:00 a.m.<br>Courtroom:   11<br>Judge:           Hon. Jeffrey S. White |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: May 31, 2011            COBLENTZ, PATCH, DUFFY & BASS LLP

                                By:        /s/ Jonathan R. Bass
                                    Jonathan R. Bass
                                    Attorneys for Defendant Barr Rosenberg