| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>   & GROSSMANN LLP<br>BLAIR A. NICHOLAS (Bar No. 178428)<br>(blairn@blbglaw.com)<br>DAVID KAPLAN (Bar No. 230144)<br>(davidk@blbglaw.com)<br>PAUL M. JONNA (Bar No. 265389)<br>(paulj@blbglaw.com)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323 | LIEFF CABRASER HEIMANN<br>   & BERNSTEIN, LLP<br>KELLY M. DERMODY (Bar No. 171716)<br>(kdermody@lchb.com)<br>ALISON M. STOCKING<br>(astocking@lchb.com)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel:   (415) 956-1000<br>Fax:  (415) 956-1008 |

*Co-Lead Interim Counsel For the Proposed Class*

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>                Defendants. | Lead Case No. CV 11-00536 JSW<br>Case No. CV 11-0897<br><br>**[<s>PROPOSED</s>] ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING SCHEDULE**<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

[<s>PROPOSED</s>] ORDER  (CASE NO. CV 11-00536 (JSW))

1  This matter is before the Court upon the parties' Stipulated Request Regarding Briefing
2  Schedule pursuant to Civil Local Rule 6.2.
3  Having considered the parties' request, and for good cause appearing, the request is
4  GRANTED as follows:
5    1.  The deadlines set forth in the Court's June 1, 2011 Order are vacated.
6    2.  Plaintiffs' opposition to Defendants' motions to dismiss and motion to for
7      a more definite statement shall be filed no later than July 15, 2011.
8    3.  Defendants' reply briefs shall be filed no later than August 12, 2011.
9    4.  Oral argument on Defendants' motions shall be heard on September 16,
10     2011.
11
12 IT IS SO ORDERED.
13 DATED: ___June 3___, 2011  _____
14              HONORABLE JEFFREY S. WHITE
              UNITED STATES DISTRICT JUDGE
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER (CASE NO. CV 11-00536 (JSW))