| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER<br>  & GROSSMANN LLP<br>BLAIR A. NICHOLAS (Bar No. 178428)<br>(blairn@blbglaw.com)<br>DAVID KAPLAN (Bar No. 230144)<br>(davidk@blbglaw.com)<br>PAUL M. JONNA (Bar No. 265389)<br>(paulj@blbglaw.com)<br>12481 High Bluff Drive, Suite 300<br>San Diego, CA 92130<br>Tel:   (858) 793-0070<br>Fax:  (858) 793-0323 | LIEFF CABRASER HEIMANN<br>  & BERNSTEIN, LLP<br>KELLY M. DERMODY (Bar No. 171716)<br>(kdermody@lchb.com)<br>ALISON M. STOCKING<br>(astocking@lchb.com)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel:   (415) 956-1000<br>Fax:  (415) 956-1008 |

*Co-Lead Interim Counsel For the Proposed Class*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>           Defendants. | Lead Case No. CV 11-00536 JSW<br>Case No. CV 11-0897<br><br>**[PROPOSED] ORDER GRANTING STIPULATED REQUEST REGARDING BRIEFING SCHEDULE**<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

[PROPOSED] ORDER  (CASE NO. CV 11-00536 (JSW))

This matter is before the Court upon the parties' Stipulated Request Regarding Briefing Schedule pursuant to Civil Local Rule 6.2.

Having considered the parties' request, and for good cause appearing, the request is GRANTED as follows:

1. The deadlines set forth in the Court's June 1, 2011 Order are vacated.
2. Plaintiffs' opposition to Defendants' motions to dismiss and motion to for a more definite statement shall be filed no later than July 15, 2011.
3. Defendants' reply briefs shall be filed no later than August 12, 2011.
4. Oral argument on Defendants' motions shall be heard on September 16, 2011.

IT IS SO ORDERED.

DATED: ___June 3___, 2011

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

1

[~~PROPOSED~~] ORDER (CASE NO. CV 11-00536 (JSW))