UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE GOVERNMENT OF GUAM
RETIREMENT FUND

        Plaintiff(s),                           No. C 11-00536 JSW

        v.                                 **CLERK'S NOTICE**

AXA ROSENBERG GROUP LLC

        Defendant(s).
_____/

THE BOARD OF TRUSTEES OF THE
NATIONAL ELEVATOR INDUSTRY
HEALTH BENEFIT FUND

        Plaintiff(s),                           No. C 11-00897 JSW

        v.                                 **CLERK'S NOTICE**

AXA ROSENBURG GROUP, LLC ET AL

        Defendant(s).
_____/

      YOU ARE HEREBY NOTIFIED that on October 14, 2011, at 1:30 p.m., in Courtroom 11 on the 19th floor of the Federal Building, 450 Golden Gate Avenue, San Francisco, California, the HONORABLE JEFFREY S. WHITE will conduct the Case Management Conference previously scheduled for July 15, 2011 , in this matter. The joint case management statement shall be due on or before October 7, 2011.

                                                  Richard W. Wieking
                                                 Clerk, United States District Court

                                                 By:_____
                                                 Jennifer Ottolini, Deputy Clerk
                                                 Honorable Jeffrey S. White
                                                 (415) 522-4173

Dated: June 7, 2011

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.