1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  SHAWN WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA 94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  swilliams@rgrdlaw.com

6  ROBBINS GELLER RUDMAN
     & DOWD LLP
7  DARREN J. ROBBINS (168593)
   655 West Broadway, Suite 1900
8  San Diego, CA 92101
   Telephone: 619/231-1058
9  619/231-7423 (fax)
   drobbins@rgrdlaw.com
10
   ROBBINS GELLER RUDMAN
11    & DOWD LLP
   PAUL J. GELLER
12 DAVID J. GEORGE
   120 E. Palmetto Park Road, Suite 500
13 Boca Raton, FL 33432
   Telephone: 561/750-3000
14 561/750-3364 (fax)
   pgeller@rgrdlaw.com
15 dgeorge@rgrdlaw.com

16 Attorneys for Plaintiff Trustees of
   the Carpenters Pension Fund of Illinois
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

21

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; AND THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, Each Individually and On Behalf of All Others Similarly Situated, | Lead Case No. CV 11-0536 (JSW); CV 11-0897 (JSW)<br><br>**ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIVIL L.R. 3-12]** |

631947_1   ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
           [CIVIL L.R. 3-12]                                                         - 1 -

|   |   |   |
|---|---|---|
| Plaintiffs, | ) |
| | ) |
| vs. | ) |
| | ) |
| AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

On February 3, 2011, plaintiff The Government of Guam Retirement Fund filed a complaint that asserts claims for breach of fiduciary duty, negligence/gross negligence, and an accounting on behalf of a proposed class against defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC (collectively, "AXA Rosenberg") (*Government of Guam Retirement Fund v. AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC*, Case No. 3:11-cv-00536-JSW (N.D. Cal. Feb. 3, 2011) (the "*Guam* Action").

Thereafter, on February 24, 2011, plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund filed a complaint asserting claims for violations of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et seq*. ("ERISA"), on behalf of a proposed class against defendants AXA Rosenberg, and individual defendant Barr Rosenberg (*Board of Trustees of the National Elevator Industry Health Benefit Fund v. AXA Rosenberg Group LLC, et al*., Case No. CV11-0897 (N.D. Cal. Feb. 24, 2011) (the "*NEI Health Benefit Fund* Action"). On March 18, 2011, this Court issued an Order Granting Administrative Motion to Relate Cases, and deemed the *Guam* Action and the *NEI Health Benefit Fund* Action related (Dkt. No. 19) (the "Related Actions").  On April 15, 2011 the parties in the *Guam* Action and the *NEI Health Benefit Fund* Action filed a Consolidated Complaint (Dkt. No. 20).

On May 31, 2011, plaintiff Trustees of the Carpenters Pension Fund of Illinois (the "Carpenters Fund") filed a complaint that asserts claims for violations of ERISA, against defendants AXA Rosenberg and individual defendant Barr Rosenberg (*Trustees of the Carpenters Pension Fund*

*of Illinois v. AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, Barr Rosenberg Research Center LLC and Barr Rosenberg*, Case No. CV11-2594 (N.D. Cal. May 31, 2011) (the "*Carpenters* Action").

Plaintiff the Carpenters Fund hereby moves pursuant to Local Rule 3-12(b) for a determination that the *Carpenters* Action is related to the Related Actions within the meaning of Local Rule 3-12(a). Plaintiff complied with Local Rule 7-11 by obtaining a stipulation from all counsel in the Related Actions. *See* Stipulation and [Proposed] Order Relating Cases, filed herewith.

Local Rule 3-12(a), governing related cases states:

An action is related to another when:

(1) The actions concern substantially the same parties, property, transaction or event; and

(2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

Both of these criteria are met here. First, the actions involve substantially similar parties and related claims. The plaintiff(s) in each case is an AXA Rosenberg client who seeks to represent a class of persons and entities for whom AXA Rosenberg or its affiliated offshore subsidiaries allegedly served as an investment manager, and allegedly suffered damages as a result of a coding error implemented in AXA Rosenberg's computer-driven investment process. Both cases allege the coding error exposed AXA Rosenberg's clients to greater than intended investment risk which resulted in substantial losses to their investments. Also, defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, Barr Rosenberg Research Center LLC, and Barr Rosenberg are common to both actions. Simply stated, the actions involve substantially the same property, transactions, and events and will require a determination of similar questions of facts and law.

Second, due to their similarity, if not treated as related, these actions are likely to require unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges or not coordinated. Relating these actions would serve the interests of judicial economy and avoid the potential for conflicting rulings.

Accordingly, plaintiff the Carpenters Fund requests that this Court enter an order relating the *Carpenters* Action to the Related Actions.

DATED:  June 15, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


      /s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone:  619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone:  561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff Trustees of the Carpenters Pension Fund of Illinois

CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2011.

/s/ Shawn A. Williams
SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
&  DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

631947_1

ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
[CIVIL L.R. 3-12]

**Mailing Information for a Case 3:11-cv-00536-JSW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan R. Bass**
  EfilingJRB@cpdb.com,aaa@cpdb.com,mjc@cpdb.com

- **Rena Chng**
  rchng@mayerbrown.com,msamora@mayerbrown.com

- **David Reuven Lev Kaplan**
  davidk@blbglaw.com,amyn@blbglaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,amyn@blbglaw.com,PaulJ@blbglaw.com,jessica.cuccurullo@blbglaw.com,kayem@blbglaw.com,Ben

- **Lee H. Rubin**
  lrubin@mayerbrown.com,slai@mayerbrown.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`