ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
swilliams@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
drobbins@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER (984795)
DAVID J. GEORGE (0898570)
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
dgeorge@rgrdlaw.com

Attorneys for Plaintiff Trustees of
the Carpenters Pension Fund of Illinois

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; AND THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, Each Individually and On Behalf of All Others Similarly Situated, | Lead Case No. CV 11-0536 (JSW); CV 11-0897 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIVIL L.R. 3-12]** |

|   |   |   |
|---|---|---|
| 1 | Plaintiffs, | ) |
| 2 | vs. | ) |
| 3 | AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG, | ) |
| 4 |   | ) |
| 5 |   | ) |
| 6 |   | ) |
| 7 | Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIVIL L.R. 3-12]**

WHEREAS, on February 3, 2011, plaintiff The Government of Guam Retirement Fund filed a complaint that asserts claims for breach of fiduciary duty, negligence/gross negligence, and accounting on behalf of a purported class (Dkt. No. 1) (the "*Guam* Action");

WHEREAS, on February 24, 2011, plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund filed a complaint asserting claims for violations of the Employee Retirement Income Security Act of 1974, 29 U.S.C. §1001, *et seq*. ("ERISA") on behalf of a purported class (the "*NEI Health Benefit Fund* Action");

WHEREAS, on March 18, 2011, this Court issued an Order Granting Administrative Motion to Relate Cases (Dkt. No. 19), and deemed the *Guam* Action and the *NEI Health Benefit Fund* Action related (the "Related Actions");

WHEREAS, on April 15, 2011, the parties in the *Guam* Action and the *NEI Health Benefit Fund* Action filed a Consolidated Complaint (Dkt. No. 20);

WHEREAS, on May 31, 2011, plaintiff Trustees of the Carpenters Pension Fund of Illinois filed a complaint styled *Trustees of the Carpenters Pension Fund of Illinois v. AXA Rosenberg Group, LLC, AXA Rosenberg Investment Management LLC, Barr Rosenberg Research Center LLC and Barr Rosenberg*, Case No. CV11-2594 (N.D. Cal. May 31, 2011) that asserts claims for violations of ERISA on behalf of a purported class (the "*Carpenters* Action");

The parties, having met and conferred, hereby agree and stipulate that the *Carpenters Action* should be related to the above-captioned cases, as set forth in plaintiff's Administrative Motion to Consider Whether Cases Should Be Related.

IT IS SO STIPULATED.

DATED: June 15, 2011

ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS


     /s/ Shawn A. Williams
SHAWN A. WILLIAMS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)

Attorneys for Plaintiff Trustees of the Carpenters Pension Fund of Illinois

| | | |
|---|---|---|
| 1 | DATED:  June 15, 2011 | BERNSTEIN LITOWITZ BERGER & GROSSMANN |
| 2 | | BLAIR A. NICHOLAS<br>DAVID KAPLAN |

                                                      /s/ Blair A. Nicholas
                                                    BLAIR A. NICHOLAS

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone:  858/793-0070
858/793-0323 (fax)

Co-Lead Interim Counsel for the Proposed Class in the Related Actions

DATED:  June 15, 2011                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                     STEVEN E. FINEMAN
                                                     RACHEL GEMAN
                                                     KELLY M. DERMODY
                                                   ALISON M. STOCKING

                                                  /s/ Kelley M. Dermody
                                                   KELLY M. DERMODY

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  415-956-1000
415-956-1008 (fax)

Co-Lead Interim Counsel for the Proposed Class in the Related Actions

1  DATED:  June 15, 2011             MAYER BROWN LLP
                                     LEE H. RUBIN
2

3
                                            /s/ Lee H. Rubin
4                                          LEE H. RUBIN

5                                    Two Palo Alto Square, Suite 300
                                     3000 El Camino Real
6                                    Palo Alto, CA 94306-2112
                                     Telephone:  650/331-2037
7                                    650/331-2060 (fax)

8                                    Attorneys for Defendants AXA Rosenberg Group
                                     LLC, AXA Rosenberg Investment Management,
9                                    and Barr Rosenberg Research Center LLC

10
    DATED:  June 15, 2011             COBLENTZ, PATCH, DUFFY & BASS, LLP
11                                    JONATHAN BASS

12
                                            /s/ Jonathan Bass
13                                         JONATHAN BASS

14
                                     One Ferry Building, Suite 200
15                                   San Francisco, CA 94111-4213
                                     Telephone:  415/391-4800
16                                   415/989-1663 (fax)

17                                   Attorneys for Defendant Barr Rosenberg

18

19

20

21

22

23

24

25

26

27

28

I, Shawn Williams, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Relating Cases [Civil L.R. 3-12]. In compliance with General Order 45, X.B., I hereby attest that Blair A. Nicholas, Esq., Kelly M. Dermody, Esq., Lee H. Rubin, Esq., and Jonathan Bass have concurred in this filing.

                          /s/ Shawn A. Williams
                          SHAWN A. WILLIAMS

\*   \*   \*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2011

                    THE HONORABLE JEFFREY S. WHITE
                    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2011, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 15, 2011.

      /s/ Shawn A. Williams
      SHAWN A. WILLIAMS

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail: shawnw@rgrdlaw.com

631948_1

STIPULATION AND [PROPOSED] ORDER RELATING CASES [CIVIL L.R. 3-12]

## Mailing Information for a Case 3:11-cv-00536-JSW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jonathan R. Bass**
  EfilingJRB@cpdb.com,aaa@cpdb.com,mjc@cpdb.com

- **Rena Chng**
  rchng@mayerbrown.com,msamora@mayerbrown.com

- **David Reuven Lev Kaplan**
  davidk@blbglaw.com,amyn@blbglaw.com

- **Blair Allen Nicholas**
  blairn@blbglaw.com,denab@blbglaw.com,kristid@blbglaw.com,amyn@blbglaw.com,PaulJ@blbglaw.com,jessica.cuccurullo@blbglaw.com,kayem@blbglaw.com,Ben

- **Lee H. Rubin**
  lrubin@mayerbrown.com,slai@mayerbrown.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`