AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

The Government of Guam Retirement Fund; The Sacramento County Employees' Retirement System; The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund; The Board of Trustees of the National Elevator Industry Health Benefit Fund, both individually and on behalf of all others similarly situated,
          Plaintiffs

v.

AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, Barr Rosenberg Research Center LLC, and Barr Rosenberg,
          Defendants.

Civil Action No. Lead Case No. C 11-00536 JSW
Case No. CV11-0897

AMENDED
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      See Attachment

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

BLAIR A. NICHOLAS, ESQ.
BERNSTEIN LITOWITZ BERGER
& GROSSMANN LLP
12481 HIGH BLUFF DRIVE, SUITE 300
SAN DIEGO, CA 92130

STEVEN E. FINEMAN, ESQ.
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 HUDSON STREET, 8TH FLOOR
NEW YORK, NY 10013-1413

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

RICHARD W. WIEKING

Date: APR 1 8 2011

**Brenda Tolbert**
*Signature of Clerk or Deputy Clerk*

DEFENDANTS:

AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC
c/o Lee H. Rubin, Esq.
Mayer Brown
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

Barr Rosenberg
191 Sea Walk Drive
The Sea Ranch, CA 94597

| | | |
|---|---|---|
| Attorney Or Party Without Attorney (Name and Address): <br> BERNSTEIN LITOWITZ BERGER & GROSSMAN <br> 12481 High Bluff Drive, Suite 300 <br> San Diego, California 92130 <br> Attorneys for: THE GOVERNMENT OF GUAM RETIREMENT | Telephone: (858) 793-0070 <br><br> Ref. No. Or File No. <br> W2575880 | FOR COURT USE ONLY |

Insert name of court, judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
THE GOVERNMENT OF GUAM RETIREMENT FUND, etc, et al.

Defendant:
AXA ROSENBERG GROUP LLC, et al.

**PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number: CV11-00536 JSW

I, David Dewey Sprenzel, Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: AMENDED SUMMONS; CONSOLIDATED COMPLAINT; ORDER GRANTING ADMINISTRATIVE MOTION TO RELATE CASES; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRITC OF CALIFORNIA; CIVIL STANDING ORDER; JOINT STIPULATION AND ORDER NO. 2; ADR DISPUTE RESOLUTION IN THE NORTHERN DISTRICT OF CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT; WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant : BARR ROSENBERG

By Serving : HELEN MCWHIRR, Receptionist/Authorized to Accept Service of Process

Address : One Ferry Building, Suite 200, San Francisco, California 94111
Date & Time : Thursday, April 21, 2011 @ 4:36 p.m.
Witness fees were : Not applicable.

Person serving:
David Dewey Sprenzel
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California 94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 1187
   (3) County: San Francisco
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 22, 2011

Signature: _____
David Dewey Sprenzel


Printed on recycled paper

## **PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, counsel to plaintiffs and not a party to the within action. My business address is 12481 High Bluff Drive, Suite 300, San Diego, CA 92130. On April 18, 2011, I served, via email, a true copy of the following documents on Lee H. Rubin, counsel to defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management LLC, and Barr Rosenberg Research Center LLC, who agreed to accept service in such manner.

**AMENDED SUMMONS IN A CIVIL ACTION**

**CONSOLIDATED CLASS ACTION COMPLAINT**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 29, 2011, at San Diego, CA.

*/s/David Kaplan*
David Kaplan
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323
Email: davidk@blbglaw.com

CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2011.

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
Email: blairn@blbglaw.com

## Mailing Information for Case No. C 11-0536 JSW

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

- Blair A. Nicholas
  blairn@blbglaw.com

- David R. Kaplan
  davidk@blbglaw.com

- Lee H. Rubin
  lrubin@mayerbrown.com

- Rena Chng
  rchng@mayerbrown.com

- Jonathan R. Bass
  Efiling@JRB@cpdb.com

- Shawn A. Williams
  shawnw@rgrdlaw.com

**E-mail Service List**

LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
KELLY M. DERMODY
kdermody@lchb.com
ALISON STOCKING
astocking@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

STEVEN E. FINEMAN
sfineman@lchb.com
RACHEL GEMAN
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413

*Attorneys for Plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund*

**First Class Mail Service List**

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P.MALONE, III
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

*Additional Counsel for Plaintiffs and the Proposed Class*


SULLIVAN, WARD, ASHER & PATTON, P.C.
SHARON S.ALMONRODE
salmonrode@swappc.com
MICHAEL J. ASHER
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075

*Attorneys for The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund*


ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

*Attorneys for Trustees of the Carpenters Pension Fund of Illinois*