BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
PAUL M. JONNA (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323

*Co-Interim Lead Plaintiffs' Counsel
for the Proposed Class*

LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP
KELLY M. DERMODY (Bar No. 171716)
(kdermody@lchb.com)
ALISON M. STOCKING
(astocking@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

STEVEN E. FINEMAN
(sfineman@lchb.com)
RACHEL GEMAN
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

*Co-Interim Lead Plaintiffs' Counsel
for the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>Defendants. | Lead Case No. CV 11-00536 JSW<br>Case No. CV 11-0897 JSW<br>Case No. CV 11-02594 DMR<br><br>**STIPULATION AND [PROPOSED] CONSOLIDATION ORDER**<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

**STIPULATION AND [PROPOSED] CONSOLIDATION ORDER**

Pursuant to Federal Rule of Civil Procedure 16(e) and Manual for Complex Litigation, Fourth §§ 11.12 and 11.21, the parties stipulate, and the Court hereby orders, as follows:

CONSOLIDATION OF RELATED CASES

1. The actions listed below are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. CV _____ for all purposes, including pretrial proceedings and trial (the "Consolidated Action"). The Consolidated Action shall be captioned: "In re AXA Rosenberg Investor Litigation."

| CASE | FILED | COURT |
| --- | --- | --- |
| *The Government of Guam Retirement Fund v. AXA Rosenberg Group LLC, et al.,* No. CV11-0536 ("*Government of Guam* Action") | Feb. 3, 2011 | N.D. Cal. |
| *The Board of Trustees of the National Elevator Industry Health Benefit Fund v. AXA Rosenberg Group LLC, et al.*, No. CV11-0897 ("*NEI Health Benefit Fund* Action") | Feb. 24, 2011 | N.D. Cal. |
| *Trustees of the Carpenters Pension Fund of Illinois v. AXA Rosenberg Group, LLC et al.*, No. CV11-2594 ("*Carpenter* Action") | May 31, 2011 | N.D. Cal. |

2. All related actions that are subsequently filed in, or transferred to, this District shall be automatically consolidated with and into this action for all purposes. This Order shall apply to every such related action, absent further order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 3, infra.

3. When a case that properly belongs as part of the Consolidated Action is filed in, or transferred to, this District, Interim Lead Plaintiffs' Counsel shall file a Notice of Related Cases pursuant to Civil L.R. 3-12. If the Court determines that the case is related, the clerk shall:

   (a)   place a copy of this Order in the separate file for such action;

   (b)   serve on plaintiff's counsel in the new case a copy of this Order;

      (c)    direct that this Order be served upon defendants in the new case; and

      (d)    make the appropriate entry in the Master Docket.

4. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

<u>MASTER DOCKET AND CAPTION</u>

5. The docket in Civil Action No. CV 11-00536 shall constitute a Master Docket for this action. Hereafter, papers need only be filed in the Master Docket.

6. Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re AXA ROSENBERG INVESTOR LITIGATION | ) ) ) ) | Master File No. CV 11-00536 JSW |
|---|---|---|
| This Document Relates To: | ) ) ) ) | <u>CLASS ACTION</u> |

7. The file in Civil Action No. CV 11-00536 shall constitute a Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (<u>e.g.</u>, "No. CV 11-00536 JSW (The Government of Guam Retirement Fund))."

## INTERIM LEAD PLAINTIFFS' COUNSEL

8. The law firms of Bernstein Litowitz Berger & Grossmann LLP and Lieff Cabraser Heimann & Bernstein, LLP, presently Co-Interim Lead Plaintiffs' Counsel for the proposed class in the *Government of Guam* and *NEI Health Benefit Fund* Actions, are designated Co-Interim Lead Plaintiffs' Counsel in the Consolidated Action pursuant to Fed. R. Civ. P. 23(g).

9. Co-Interim Lead Plaintiffs' Counsel shall set policy for plaintiffs for the prosecution of the Consolidated Action, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of plaintiffs the initiation and conduct of discovery proceedings, provide direction, supervision and coordination of all the activities of plaintiffs' counsel, and have the authority to negotiate a settlement, subject to approval of the Court, and allocate fees among plaintiffs' counsel, if awarded. Any agreement reached between counsel for defendants and Co-Interim Lead Plaintiffs' Counsel shall be binding on the plaintiffs and their counsel.

10. Co-Interim Lead Plaintiffs' Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Action and for the dissemination of notices and orders of this Court. No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs in the Consolidated Action except through Co-Interim Lead Plaintiffs' Counsel.

11. Co-Interim Lead Plaintiffs' Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel. Co-Interim Lead Plaintiffs' Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants take no position on the designation of Co-Interim Lead Plaintiffs' Counsel, and this Order is issued without prejudice to any grounds defendants may later assert in connection with class certification proceedings in this or any other action.

13. Defendants' counsel may rely upon agreements made with Co-Interim Lead Plaintiffs' Counsel. Such agreements shall be binding on all plaintiffs.

14. Any counsel of record for a party in this action or a related action who is not a member of the Bar of this District but has been admitted to practice pro hac vice in this action or such related action is hereby admitted to practice pro hac vice in the Consolidated Action.

PLEADINGS AND MOTIONS

15. The Consolidated Complaint filed April 15, 2011 in the *Government of Guam* Action [Dkt. #20] ("Consolidated Complaint") shall be deemed the operative complaint in the Consolidated Action. Defendants are not required to respond to the complaint in any action consolidated into this action other than the Consolidated Complaint or a complaint subsequently designated by Co-Interim Lead Plaintiffs' Counsel as the operative complaint.

16. All deadlines and orders in the *Government of Guam* Action shall apply in the Consolidated Action until further order of the Court.

17. The parties shall serve all papers on each other by hand, by overnight delivery, by email, or (by prior agreement) by facsimile, unless otherwise agreed upon by the parties. Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Co-Interim Lead Plaintiffs' Counsel, by first-class mail, unless otherwise agreed upon by the parties.

Dated: June 29, 2011         Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS
BENJAMIN GALDSTON
DAVID KAPLAN
PAUL M. JONNA


              */s/ Blair A. Nicholas*
              BLAIR A. NICHOLAS

12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

*Co-Interim Lead Plaintiffs' Counsel for the Proposed Class*

| | | |
|---|---|---|
| 1 | Dated: June 29, 2011 | Respectfully submitted, |
| 2 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 3 | | STEVEN E. FINEMAN RACHEL GEMAN |
| 4 | | KELLY M. DERMODY ALISON M. STOCKING |

           */s/ Rachel Geman*
           RACHEL GEMAN

275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

*Co-Interim Lead Plaintiffs' Counsel for the Proposed Class*

Dated: June 29, 2011       Respectfully submitted,

ROBBINS GELLER RUDMAN
& DOWD LLP
DAVID J. GEORGE

           */s/ David J. George*
           DAVID J. GEORGE

120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: (561) 750-3000
Fax: (561)

*Attorneys for Plaintiff Trustees of the Carpenters Pension Fund of Illinois*

Dated: June 29, 2011       Respectfully submitted,

MAYER BROWN LLP
LEE H. RUBIN

```
                                    /s/ Lee H. Rubin
                                    LEE H. RUBIN

                                Two Palo Alto Square, Suite 300
                                3000 El Camino Real
                                Palo Alto, CA 94306-2112
                                Tel:   (650) 331-2037
                                Fax:   (650) 331-2060
```

*Attorneys for Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management, and Barr Rosenberg Research Center LLC*

Dated: June 29, 2011                Respectfully submitted,

                                    COBLENTZ, PATCH, DUFFY & BASS, LLP
                                    JONATHAN BASS


                                    /s/ Jonathan Bass
                                    JONATHAN BASS

                                    One Ferry Building, Suite 200
                                    San Francisco, CA 94111-4213
                                    Tel:   (415) 391-4800
                                    Fax:   (415) 989-1663

*Attorneys for Defendant Barr Rosenberg*

THE FOREGOING STIPULATION

IS APPROVED AND IS SO ORDERED.


DATED: _____, 2011      _____
                                    JUDGE JEFFREY S. WHITE

CERTIFICATION UNDER GENERAL ORDER NO. 45

I, Blair A. Nicholas, am the ECF User and whose ID and password are being used to file this Joint Stipulation and [Proposed] Order.  In compliance with General Order No. 45, X.B., I attest that Kelly M. Dermody, Shawn A. Williams, Lee H. Rubin, and Jonathan Bass have concurred in this filing.

Dated:  June 29, 2011

                                              */s/Blair A. Nicholas*

                                              BLAIR A. NICHOLAS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 29, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participant(s) indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 29, 2011.

                                       */s/ Blair A. Nicholas*

                                       BLAIR A. NICHOLAS

BERNSTEIN LITOWITZ BERGER
  && GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
Email: blairn@blbglaw.com

**Mailing Information for Case No. C 11-0536 JSW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

- Blair A. Nicholas
  blairn@blbglaw.com

- David R. Kaplan
  davidk@blbglaw.com

- Lee H. Rubin
  lrubin@mayerbrown.com

- Rena Chng
  rchng@mayerbrown.com

- Jonathan R. Bass
  Efiling@JRB@cpdb.com

- Shawn A. Williams
  shawnw@rgrdlaw.com

**E-mail Service List**

LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
KELLY M. DERMODY
kdermody@lchb.com
ALISON STOCKING
astocking@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

STEVEN E. FINEMAN
sfineman@lchb.com
RACHEL GEMAN
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413

*Attorneys for Plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund*

CERTIFICATE OF SERVICE
Case No. CV 11-00536 JSW

**First Class Mail Service List**

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P.MALONE, III
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

*Additional Counsel for Plaintiffs and the Proposed Class*


SULLIVAN, WARD, ASHER & PATTON, P.C.
SHARON S.ALMONRODE
salmonrode@swappc.com
MICHAEL J. ASHER
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075

*Attorneys for The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund*


ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

*Attorneys for Trustees of the Carpenters Pension Fund of Illinois*