BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
PAUL M. JONNA (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323

*Co-Interim Lead Plaintiffs' Counsel
for the Proposed Class*

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
KELLY M. DERMODY (Bar No. 171716)
(kdermody@lchb.com)
ALISON M. STOCKING
(astocking@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008

STEVEN E. FINEMAN
(sfineman@lchb.com)
RACHEL GEMAN
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

*Co-Interim Lead Plaintiffs' Counsel
for the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE GOVERNMENT OF GUAM RETIREMENT FUND; THE SACRAMENTO COUNTY EMPLOYEES' RETIREMENT SYSTEM; THE BOARD OF TRUSTEES OF THE NATIONAL ELEVATOR INDUSTRY HEALTH BENEFIT FUND; and THE BOARD OF TRUSTEES OF THE PIPEFITTERS LOCAL 636 DEFINED BENEFIT PENSION FUND, both individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>AXA ROSENBERG GROUP LLC, AXA ROSENBERG INVESTMENT MANAGEMENT LLC, BARR ROSENBERG RESEARCH CENTER LLC, and BARR ROSENBERG,<br><br>            Defendants. | Lead Case No. CV 11-00536 JSW<br>Case No. CV 11-0897 JSW<br>Case No. CV 11-02594 DMR<br><br>**STIPULATION AND [PROPOSED] CONSOLIDATION ORDER**<br><br>Courtroom: 11, 19th Floor<br>Judge: Jeffrey S. White |

**STIPULATION AND [PROPOSED] CONSOLIDATION ORDER**

Pursuant to Federal Rule of Civil Procedure 16(e) and Manual for Complex Litigation, Fourth §§ 11.12 and 11.21, the parties stipulate, and the Court hereby orders, as follows:

CONSOLIDATION OF RELATED CASES

1. The actions listed below are related cases within the meaning of Civil L.R. 3-12. Pursuant to Fed. R. Civ. P. 42(a), these cases are hereby consolidated into Civil Action No. CV 11-0536 for all purposes, including pretrial proceedings and trial (the "Consolidated Action"). The Consolidated Action shall be captioned: "In re AXA Rosenberg Investor Litigation."

| CASE | FILED | COURT |
|---|---|---|
| *The Government of Guam Retirement Fund v. AXA Rosenberg Group LLC, et al.,* No. CV11-0536 ("*Government of Guam* Action") | Feb. 3, 2011 | N.D. Cal. |
| *The Board of Trustees of the National Elevator Industry Health Benefit Fund v. AXA Rosenberg Group LLC, et al.*, No. CV11-0897 ("*NEI Health Benefit Fund* Action") | Feb. 24, 2011 | N.D. Cal. |
| *Trustees of the Carpenters Pension Fund of Illinois v. AXA Rosenberg Group, LLC et al.*, No. CV11-2594 ("*Carpenter* Action") | May 31, 2011 | N.D. Cal. |

2. All related actions that are subsequently filed in, or transferred to, this District shall be automatically consolidated with and into this action for all purposes. This Order shall apply to every such related action, absent further order of the Court. A party that objects to such consolidation, or to any other provision of this Order, must file an application for relief from this Order within thirty (30) days after the date on which a copy of the order is mailed to the party's counsel, pursuant to Paragraph 3, infra.

3. When a case that properly belongs as part of the Consolidated Action is filed in, or transferred to, this District, Interim Lead Plaintiffs' Counsel shall file a Notice of Related Cases pursuant to Civil L.R. 3-12. If the Court determines that the case is related, the clerk shall:

    (a)    place a copy of this Order in the separate file for such action;

    (b)    serve on plaintiff's counsel in the new case a copy of this Order;

      (c)    direct that this Order be served upon defendants in the new case; and

      (d)    make the appropriate entry in the Master Docket.

4.    This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, for good cause shown.

<u>MASTER DOCKET AND CAPTION</u>

5.    The docket in Civil Action No. CV 11-00536 shall constitute a Master Docket for this action. Hereafter, papers need only be filed in the Master Docket.

6.    Every pleading filed in the Consolidated Action shall bear the following caption:

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION | ) ) ) ) | Master File No. CV 11-00536 JSW |
| This Document Relates To: | ) ) ) ) | <u>CLASS ACTION</u> |

7.    The file in Civil Action No. CV 11-00536 shall constitute a Master File for every action in the Consolidated Action. When the document being filed pertains to all actions, the phrase "All Actions" shall appear immediately after the phrase "This Document Relates To:". When a pleading applies only to some, not all, of the actions, the document shall list, immediately after the phrase "This Document Relates To:", the docket number for each individual action to which the document applies, along with the last name of the first-listed plaintiff in said action (<u>e.g.</u>, "No. CV 11-00536 JSW (The Government of Guam Retirement Fund))."

INTERIM LEAD PLAINTIFFS' COUNSEL

8.  The law firms of Bernstein Litowitz Berger & Grossmann LLP and Lieff Cabraser Heimann & Bernstein, LLP, presently Co-Interim Lead Plaintiffs' Counsel for the proposed class in the *Government of Guam* and *NEI Health Benefit Fund* Actions, are designated Co-Interim Lead Plaintiffs' Counsel in the Consolidated Action pursuant to Fed. R. Civ. P. 23(g).

9.  Co-Interim Lead Plaintiffs' Counsel shall set policy for plaintiffs for the prosecution of the Consolidated Action, delegate and monitor the work performed by plaintiffs' attorneys to ensure that there is no duplication of effort or unnecessary expense, coordinate on behalf of plaintiffs the initiation and conduct of discovery proceedings, provide direction, supervision and coordination of all the activities of plaintiffs' counsel, and have the authority to negotiate a settlement, subject to approval of the Court, and allocate fees among plaintiffs' counsel, if awarded.  Any agreement reached between counsel for defendants and Co-Interim Lead Plaintiffs' Counsel shall be binding on the plaintiffs and their counsel.

10. Co-Interim Lead Plaintiffs' Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs in the Consolidated Action and for the dissemination of notices and orders of this Court.  No motion, request for discovery or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs in the Consolidated Action except through Co-Interim Lead Plaintiffs' Counsel.

11. Co-Interim Lead Plaintiffs' Counsel also shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.  Co-Interim Lead Plaintiffs' Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

12. Defendants take no position on the designation of Co-Interim Lead Plaintiffs' Counsel, and this Order is issued without prejudice to any grounds defendants may later assert in connection with class certification proceedings in this or any other action.

13. Defendants' counsel may rely upon agreements made with Co-Interim Lead Plaintiffs' Counsel. Such agreements shall be binding on all plaintiffs.

14. Any counsel of record for a party in this action or a related action who is not a member of the Bar of this District but has been admitted to practice pro hac vice in this action or such related action is hereby admitted to practice pro hac vice in the Consolidated Action.

PLEADINGS AND MOTIONS

15. The Consolidated Complaint filed April 15, 2011 in the *Government of Guam* Action [Dkt. #20] ("Consolidated Complaint") shall be deemed the operative complaint in the Consolidated Action. Defendants are not required to respond to the complaint in any action consolidated into this action other than the Consolidated Complaint or a complaint subsequently designated by Co-Interim Lead Plaintiffs' Counsel as the operative complaint.

16. All deadlines and orders in the *Government of Guam* Action shall apply in the Consolidated Action until further order of the Court.

17. The parties shall serve all papers on each other by hand, by overnight delivery, by email, or (by prior agreement) by facsimile, unless otherwise agreed upon by the parties. Notwithstanding the foregoing, defendants may serve plaintiffs' counsel, other than Co-Interim Lead Plaintiffs' Counsel, by first-class mail, unless otherwise agreed upon by the parties.

Dated: June 29, 2011               Respectfully submitted,

                                   BERNSTEIN LITOWITZ BERGER
                                     & GROSSMANN LLP
                                   BLAIR A. NICHOLAS
                                   BENJAMIN GALDSTON
                                   DAVID KAPLAN
                                   PAUL M. JONNA


                                         */s/ Blair A. Nicholas*
                                         BLAIR A. NICHOLAS

                                   12481 High Bluff Drive, Suite 300
                                   San Diego, CA 92130
                                   Tel:   (858) 793-0070
                                   Fax:   (858) 793-0323

                                   *Co-Interim Lead Plaintiffs' Counsel for the Proposed Class*

1  Dated: June 29, 2011                          Respectfully submitted,

2                                                LIEFF CABRASER HEIMANN &
                                                 BERNSTEIN, LLP
3                                                STEVEN E. FINEMAN
                                                 RACHEL GEMAN
4                                                KELLY M. DERMODY
                                                 ALISON M. STOCKING
5

6
                                                        */s/ Rachel Geman*
7                                                       RACHEL GEMAN

8                                                275 Battery Street, 29th Floor
                                                 San Francisco, CA 94111-3339
9                                                Tel:    (415) 956-1000
                                                 Fax:    (415) 956-1008
10
                                                 250 Hudson Street, 8th Floor
11                                               New York, NY 10013-1413
                                                 Tel: (212) 355-9500
12                                               Fax: (212) 355-9592

13                                               *Co-Interim Lead Plaintiffs' Counsel for the
                                                 Proposed Class*
14

15 Dated: June 29, 2011                          Respectfully submitted,

16                                               ROBBINS GELLER RUDMAN
                                                 & DOWD LLP
17                                               DAVID J. GEORGE

18

19                                                      */s/ David J. George*
                                                        DAVID J. GEORGE
20
                                                 120 E. Palmetto Park Road, Suite 500
21                                               Boca Raton, FL 33432
                                                 Tel:    (561) 750-3000
22                                               Fax:    (561)

23                                               *Attorneys for Plaintiff Trustees of the Carpenters
                                                 Pension Fund of Illinois*
24

25 Dated: June 29, 2011                          Respectfully submitted,

26                                               MAYER BROWN LLP
                                                 LEE H. RUBIN
27

28

                    */s/ Lee H. Rubin*
                    LEE H. RUBIN

Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Tel:   (650) 331-2037
Fax:  (650) 331-2060

*Attorneys for Defendants AXA Rosenberg Group LLC, AXA Rosenberg Investment Management, and Barr Rosenberg Research Center LLC*

Dated: June 29, 2011        Respectfully submitted,

COBLENTZ, PATCH, DUFFY & BASS, LLP
JONATHAN BASS

                    */s/ Jonathan Bass*
                    JONATHAN BASS

One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Tel:   (415) 391-4800
Fax:  (415) 989-1663

*Attorneys for Defendant Barr Rosenberg*

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

DATED: June 30, 2011                    _____
                                                      JUDGE JEFFREY S. WHITE