UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION | ) ) ) ) | Master File No. CV 11-00536 JSW |
| This Document Relates To:  All Actions | ) ) ) ) | <u>CLASS ACTION</u> |

**NOTICE OF APPEARANCE**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE of the appearance of Benjamin Galdston of the law firm Bernstein Litowitz Berger & Grossmann LLP as attorney of record for Plaintiffs and Co-Lead Counsel for the Interim Class in the above referenced matter.

Benjamin Galdston is licensed to practice law in the State of California, is a member in good standing of the California State Bar, and is admitted to practice before the United States District Court for the Northern District of California.

Dated: July 1, 2011

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

  */s/ Benjamin Galdston*
  BENJAMIN GALDSTON

BLAIR A. NICHOLAS
(blairn@blbglaw.com)
DAVID KAPLAN
(davidk@blbglaw.com)
PAUL M. JONNA
(paulj@blbglaw.com)
BENJAMIN GALDSTON
(BenG@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Co-Lead Interim Counsel for the Proposed Class*

---

-1-    NOTICE OF APPEARANCE
(Case No. 11-cv-00536-JSW)

CERTIFICATION UNDER GENERAL ORDER NO. 45

I, Benjamin Galdston, am the ECF User and whose ID and password are being used to file this Notice of Appearance, in compliance with General Order No. 45, X.A.

Dated: July 1, 2011

*/s/ Benjamin Galdston*

BENJAMIN GALDSTON

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 1, 2011.

*/s/ Benjamin Galdston*
BENJAMIN GALDSTON
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:   (858) 793-0323
Email: BenG@blbglaw.com

**Mailing Information for Case No. C 11-0536 JSW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

- Blair A. Nicholas
  blairn@blbglaw.com

- David R. Kaplan
  davidk@blbglaw.com

- Lee H. Rubin
  lrubin@mayerbrown.com

- Rena Chng
  rchng@mayerbrown.com

- Jonathan R. Bass
  Efiling@JRB@cpdb.com

- Shawn A. Williams
  shawnw@rgrdlaw.com

**E-mail Service List**

LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
KELLY M. DERMODY
kdermody@lchb.com
ALISON STOCKING
astocking@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339


STEVEN E. FINEMAN
sfineman@lchb.com
RACHEL GEMAN
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413

*Attorneys for Plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund*

**First Class Mail Service List**

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P. MALONE, III
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

*Additional Counsel for Plaintiffs and the Proposed Class*

SULLIVAN, WARD, ASHER & PATTON, P.C.
SHARON S. ALMONRODE
salmonrode@swappc.com
MICHAEL J. ASHER
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075

*Attorneys for The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund*

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

*Attorneys for Trustees of the Carpenters Pension Fund of Illinois*