1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION | Master File No. CV 11-00536-JSW |
| | CLASS ACTION |
| This Document Relates To: | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF |
| ALL ACTIONS. | ATTORNEY *PRO HAC VICE* |

637437_1

1          David J. George, whose business address and telephone number is Robbins Geller Rudman

2   & Dowd LLP, 120 East Palmetto Park Road, Suite 500, Boca Raton, FL 33432, Telephone: 561/750-

3   3000, and who is an active member in good standing of the bar of the State of Florida, the First

4   Circuit Court of Appeals, Fifth Circuit Court of Appeals, United States District Court for the

5   Southern District of Florida, Northern District of Florida and Middle District of Florida, having

6   applied in the above-entitled action for admission to practice in the Northern District of California on

7   a *pro hac vice* basis, representing Plaintiff the Trustees of the Carpenters Pension Fund of Illinois;

8          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

9   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice.

10  Service of papers upon and communication with co-counsel designated in the application will

11  constitute notice to the party. All future filings in this action are subject to the requirements

12  contained in General Order No. 45, Electronic Case Filing.

13

14  DATED:   July 25, 2011                          _____
                                                    THE HONORABLE JEFFREY S. WHITE
15                                                  UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

637437_1   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC*
           *VICE* - CV 11-00536-JSW                                                    - 1 -