UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION ) ) ) | Master File No. CV 11-00536-JSW |
| ) | <u>CLASS ACTION</u> |
| ) | |
| This Document Relates To: ) ) ) ) ) | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| ALL ACTIONS. | |

637477_1

1  Kathleen L. Barber, whose business address and telephone number is Robbins Geller
2  Rudman & Dowd LLP, 120 East Palmetto Park Road, Suite 500, Boca Raton, FL 33432, Telephone:
3  561/750-3000, and who is an active member in good standing of the bar of the State of Florida, the
4  United States District Court for the Southern District of Florida, Northern District of Florida and
5  Middle District of Florida, having applied in the above-entitled action for admission to practice in
6  the Northern District of California on a *pro hac vice* basis, representing Plaintiff the Trustees of the
7  Carpenters Pension Fund of Illinois;

8  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
9  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice.
10 Service of papers upon and communication with co-counsel designated in the application will
11 constitute notice to the party. All future filings in this action are subject to the requirements
12 contained in General Order No. 45, Electronic Case Filing.

14 DATED: July 25, 2011

*[signature: Jeffrey S. White]*
THE HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

637477_1   [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* - CV 11-00536-JSW                                                                                                         - 1 -