STEVEN M. SCHATZ, State Bar No. 118356
sschatz@wsgr.com
CATHERINE E. MORENO, State Bar No. 264517
cmoreno@wsgr.com
BRYAN J. KETROSER, State Bar No. 239105
bketroser@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendant Barr Rosenberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION | Master File No. CV 11-00536 JSW |
| | <u>CLASS ACTION</u> |
| This Document Relates To:  All actions. | **NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT BARR ROSENBERG** |

PLEASE TAKE NOTICE that STEVEN M. SCHATZ (SBN 118356), CATHERINE E. MORENO (SBN 264517), and BRYAN J. KETROSER (SBN 239105) of Wilson Sonsini Goodrich & Rosati hereby enter their appearance as counsel of record on behalf of Defendant Barr Rosenberg in the above-captioned case.  Pursuant to General Order 45, copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court may be electronically served on Steven M. Schatz, Catherine E. Moreno, and Bryan J. Ketroser at the above-listed electronic mail addresses.

Dated:  September 6, 2011               Respectfully submitted,

                                        WILSON SONSINI GOODRICH & ROSATI


                                        By:  /s/ Bryan J. Ketroser
                                                Bryan J. Ketroser

                                        Attorneys for Defendant Barr Rosenberg