BERNSTEIN LITOWITZ BERGER
  &amp; GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
PAUL M. JONNA (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: (858) 793-0070
Fax: (858) 793-0323

*Lead Plaintiffs' Counsel*

LIEFF CABRASER HEIMANN
  &amp; BERNSTEIN, LLP
KELLY M. DERMODY (Bar No. 171716)
(kdermody@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
    -and-
STEVEN E. FINEMAN (Bar No. 140335)
(sfineman@lchb.com)
RACHEL GEMAN (admitted *pro hac vice*)
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

*Lead Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION<br><br>This Document Relates To: All Actions | Master File No. CV 11-00536 JSW<br><br>**[PROPOSED]** **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

1  This matter is before the Court upon the parties' Administrative Motion To File Under
2  Seal pursuant to Civil Local Rule 79-5.
3  Having considered the parties' request, and for good cause appearing, the request is
4  GRANTED. The parties' Stipulated Request To Vacate Hearing Date On Defendants' Motion
5  To Dismiss And Schedule A Status Conference is authorized to be filed under seal.
6  The Court FURTHER ORDERS, pursuant to the parties' stipulation as modified, the hearing on the Defendants' motions to dismiss is VACATED and the case management conference is
7  ~~IT IS SO ORDERED.~~ CONTINUED to December 9, 2011 at 1:30 p.m.

10  DATED: September 14, 2011

 HONORABLE JEFFREY S. WHITE
 UNITED STATES DISTRICT JUDGE

STIPULATION AND [~~PROPOSED~~] ORDER
(Case No. 11-cv-00536 JSW)