```
JONATHAN R. BASS (State Bar No. 75779)
SUSAN K. JAMISON (State Bar No. 131867)
REES F. MORGAN (State Bar No. 229899)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California  94111-4213
Telephone:  415.391.4800
Facsimile:  415.989.1663
Email:    ef-jrb@cpdb.com
          ef-skj@cpdb.com
          ef-jjb@cpdb.com
          ef-rfm@cpdb.com
```

Attorneys for Defendant Barr Rosenberg

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION | Master File No. CV 11-00536 JSW |
| | <u>CLASS ACTION</u> |
| This Document Relates To:  All actions. | **NOTICE OF APPEARANCE OF COUNSEL FOR BARR ROSENBERG** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      PLEASE TAKE NOTICE that, pursuant to General Order No. 45 IV.C.1. of the United States District Court for the Northern District of California, SUSAN K. JAMISON, REES F. MORGAN, and JEREMIAH J. BURKE of the law firm Coblentz, Patch, Duffy & Bass LLP, One Ferry Building, Suite 200, San Francisco, California 94111 hereby enter their appearance as counsel of record for Defendant Barr Rosenberg in the above-captioned action and request that copies of all pleadings, motions, and other documents filed in the matter be electronically served on Susan K. Jamison, Rees F. Morgan and Jeremiah J. Burke at the above-listed electronic mail addresses.

DATED: September 15, 2011        COBLENTZ, PATCH, DUFFY & BASS LLP

                                    By:  */s/ Rees F. Morgan*
                                          Rees F. Morgan
                                          Attorneys for Defendant Barr Rosenberg