BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP
Blair A. Nicholas (Bar No. 178428)
(blairn@blbglaw.com)
Niki L. Mendoza (Bar No. 214646)
(nikim@blbglaw.com)
Benjamin Galdston (Bar No. 211114)
(beng@blbglaw.com)
David Kaplan (Bar No. 230144)
(davidk@blbglaw.com)
Paul M. Jonna (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Steven E. Fineman (Bar No. 140335)
(sfineman@lchb.com)
Rachel Geman (admitted *pro hac vice*)
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Interim Co-Lead Plaintiffs' Counsel*

*[Additional Counsel Appear on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION | Master File No. CV 11-00536 JSW |
| | CLASS ACTION |
| This Document Relates To:<br><br>ALL ACTIONS. | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND RELATED RELIEF**<br><br>Date: February 17, 2012<br>Time: 9:00 a.m.<br>Location: Courtroom 11, 19th Floor<br>The Honorable Jeffrey S. White |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on February 17, 2012, at 9:00 a.m., in the Courtroom of the Honorable Jeffrey S. White, United States District Judge for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an Order:

1. Preliminarily approving the Class Settlement;[1]

2. Certifying for settlement purposes the proposed Class pursuant to Rules 23(a), (b)(3), and (e) of the Federal Rules of Civil Procedure, appointing Named Plaintiffs Government of Guam Retirement Fund, Sacramento County Employees' Retirement System, Board of Trustees of the National Elevator Industry Health Benefit Fund, and Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund as Class Representatives, and appointing as Lead Counsel for the Class the firms Lieff Cabraser Heimann & Bernstein, LLP and Bernstein Litowitz Berger & Grossmann LLP;

3. Approving the form and procedure for notifying the Class of the Settlement and their rights with respect to the Settlement;

4. Staying this action pending final approval of the Class Settlement; and

5. Scheduling a fairness hearing and related briefing for consideration of final approval of the Settlement.

The basis for this motion is that the proposed Class Settlement is within the range of reasonableness such that Notice to the Class of the terms and conditions of the Settlement, and the scheduling of a formal fairness hearing, are appropriate. This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the Stipulation of Settlement and its Exhibits, any papers filed in reply, any argument of counsel, and all papers and records on file in this matter. Simultaneously with this motion, Plaintiffs are filing a request to shorten time with respect to the determination of this motion.

---

[1] All capitalized terms in this motion shall have the meaning as specified in the Stipulation of Settlement and its attachments.

938948.2 - 1 - NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
MASTER FILE NO. CV 11-00536 JSW

| | | |
|---|---|---|
| 1 | Dated: November 1, 2011 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 2 | | |
| 3 | | By: /s/ Blair A. Nicholas |
| | | BLAIR A. NICHOLAS |

Blair A. Nicholas (Bar No. 178428)
(blairn@blbglaw.com)
Niki L. Mendoza (Bar No. 214646)
(nikim@blbglaw.com)
Benjamin Galdston (Bar No. 211114)
(beng@blbglaw.com)
David Kaplan (Bar No. 230144)
(davidk@blbglaw.com)
Paul M. Jonna (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Telephone: (858) 793-0070
Facsimile: (858) 793-0323

Interim Co-Lead Plaintiffs' Counsel

Dated: November 1, 2011   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Steven E. Fineman
STEVEN E. FINEMAN

Steven E. Fineman (Bar No. 140335)
(sfineman@lchb.com)
Rachel Geman
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Kelly M. Dermody (Bar No. 171716)
(kdermody@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Interim Co-Lead Plaintiffs' Counsel

938948.2  - 2 -  NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
MASTER FILE NO. CV 11-00536 JSW

O'DONOGHUE & O'DONOGHUE LLP
Louis P. Malone, III
4748 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone: (202) 361-0041
Facsimile: (202) 362-2640

Additional Counsel for Plaintiffs and the Proposed Class

938948.2 - 3 - NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT
MASTER FILE NO. CV 11-00536 JSW