BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP
BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
PAUL M. JONNA (Bar No. 265389)
(paulj@blbglaw.com)
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:    (858) 793-0323

*Co-Interim Lead Plaintiffs' Counsel
for the Proposed Class*

LIEFF CABRASER HEIMANN
  & BERNSTEIN, LLP
KELLY M. DERMODY (Bar No. 171716)
(kdermody@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
      -and-
STEVEN E. FINEMAN (Bar No. 140335)
(sfineman@lchb.com)
RACHEL GEMAN (admitted *pro hac vice*)
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

*Co-Interim Lead Plaintiffs' Counsel
for the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION<br><br>This Document Relates To:  All Actions | Master File No. CV 11-00536 JSW<br><br>CLASS ACTION<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2011, I electronically filed the following documents with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List:

1. Notice Of Motion And Motion For Preliminary Approval Of Class Settlement And Related Relief;
2. Memorandum Of Law In Support Of Motion For Preliminary Approval Of Class Settlement And Related Relief;
3. [Proposed] Order Preliminarily Approving Settlement, Providing For Notice And Scheduling Settlement Hearing; and
4. Stipulation of Settlement

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 1, 2011.

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:   (858) 793-0070
Fax:  (858) 793-0323
Email: blairn@blbglaw.com

**Mailing Information for Case No. C 11-0536 JSW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

- Blair A. Nicholas
  blairn@blbglaw.com

- David R. Kaplan
  davidk@blbglaw.com

- Lee H. Rubin
  lrubin@mayerbrown.com

- Rena Chng
  rchng@mayerbrown.com

- Jonathan R. Bass
  Efiling@JRB@cpdb.com

- Shawn A. Williams
  shawnw@rgrdlaw.com

**E-mail Service List**

LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
KELLY M. DERMODY
kdermody@lchb.com
ALISON STOCKING
astocking@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

STEVEN E. FINEMAN
sfineman@lchb.com
RACHEL GEMAN
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413

*Attorneys for Plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund*

**First Class Mail Service List**

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P.MALONE, III
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

*Additional Counsel for Plaintiffs and the Proposed Class*


SULLIVAN, WARD, ASHER & PATTON, P.C.
SHARON S.ALMONRODE
salmonrode@swappc.com
MICHAEL J. ASHER
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075

*Attorneys for The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund*


ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE
KATHLEEN L. BARBER
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

*Attorneys for Trustees of the Carpenters Pension Fund of Illinois*