UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AXA ROSENBERG INVESTOR LITIGATION<br><br>_____ / | No. C 11-00536 JSW<br><br>**CLERKS NOTICE** |

YOU ARE HEREBY NOTIFIED that the Case Management Conference scheduled for December 9, 2011 at 1:30 p.m. is VACATED.

Richard W. Wieking<br>
Clerk, United States District Court<br><br>
By:_____*Jennifer Ottolini*_____<br>
Jennifer Ottolini, Deputy Clerk<br>
Honorable Jeffrey S. White<br>
(415) 522-4173

Dated: December 6, 2011

NOTE: Please refer to Judge White's Standing Order located at www.cand.uscourts.gov for additional information.