| | |
|---|---|
| BERNSTEIN LITOWITZ BERGER <br>    & GROSSMANN LLP <br> BLAIR A. NICHOLAS (Bar No. 178428) <br> (blairn@blbglaw.com) <br> BENJAMIN GALDSTON (Bar No. 211114) <br> (beng@blbglaw.com) <br> DAVID KAPLAN (Bar No. 230144) <br> (davidk@blbglaw.com) <br> PAUL M. JONNA (Bar No. 265389) <br> (paulj@blbglaw.com) <br> 12481 High Bluff Drive, Suite 300 <br> San Diego, CA 92130 <br> Tel:    (858) 793-0070 <br> Fax:   (858) 793-0323 <br><br> *Co-Interim Lead Plaintiffs' Counsel* <br> *for the Proposed Class* | LIEFF CABRASER HEIMANN <br>    & BERNSTEIN, LLP <br> KELLY M. DERMODY (Bar No. 171716) <br> (kdermody@lchb.com) <br> 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 <br> Tel: (415) 956-1000 <br> Fax: (415) 956-1008 <br>      -and- <br> STEVEN E. FINEMAN (Bar No. 140335) <br> (sfineman@lchb.com) <br> RACHEL GEMAN (admitted *pro hac vice*) <br> (rgeman@lchb.com) <br> 250 Hudson Street, 8th Floor <br> New York, NY 10013-1413 <br> Tel: (212) 355-9500 <br> Fax: (212) 355-9592 <br><br> *Co-Interim Lead Plaintiffs' Counsel* <br> *for the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re AXA ROSENBERG INVESTOR LITIGATION <br><br> This Document Relates To:  All Actions | Master File No. CV 11-00536 JSW <br><br> <u>CLASS ACTION</u> <br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I hereby certify that on February 24, 2012, I electronically filed the following document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List:

1. Plaintiffs' Notice Of Motion And Motion For Final Approval Of Class Action Settlement And Plan Of Allocation; Memorandum Of Points And Authorities In Support Thereof;
2. Plaintiffs' Notice Of Motion And Motion For Attorneys' Fees, Reimbursement Of Expenses, And Service Awards; Memorandum Of Points And Authorities In Support Thereof;
3. Joint Declaration Of Lead Counsel In Support Of Plaintiffs' Motion For Final Approval Of Settlement And Plan Of Allocation, And Motion For Attorneys' Fees And Reimbursement Of Expenses, And Service Awards; and
4. Certificate Of Service.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on February 24, 2012.

*/s/ Blair A. Nicholas*
BLAIR A. NICHOLAS
BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel:    (858) 793-0070
Fax:   (858) 793-0323
Email: blairn@blbglaw.com

**Mailing Information for Case No. C 11-0536 JSW**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

- Blair A. Nicholas
  blairn@blbglaw.com

- David R. Kaplan
  davidk@blbglaw.com

- Lee H. Rubin
  lrubin@mayerbrown.com

- Rena Chng
  rchng@mayerbrown.com

- Jonathan R. Bass
  Efiling@JRB@cpdb.com

- Shawn A. Williams
  shawnw@rgrdlaw.com

**E-mail Service List**

LIEFF CABRASER HEIMANN
& BERNSTEIN LLP
KELLY M. DERMODY
kdermody@lchb.com
ALISON STOCKING
astocking@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

STEVEN E. FINEMAN
sfineman@lchb.com
RACHEL GEMAN
rgeman@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013-1413

*Attorneys for Plaintiff The Board of Trustees of the National Elevator Industry Health Benefit Fund*

**First Class Mail Service List**

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P.MALONE, III
4748 Wisconsin Avenue, N.W.
Washington, DC 20016

*Additional Counsel for Plaintiffs and the Proposed Class*


SULLIVAN, WARD, ASHER & PATTON, P.C.
SHARON S.ALMONRODE
salmonrode@swappc.com
MICHAEL J. ASHER
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075

*Attorneys for The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund*


ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE
KATHLEEN L. BARBER
120 E. Palmetto Park Road, Suite 500
Boca Raton, FL 33432

*Attorneys for Trustees of the Carpenters Pension Fund of Illinois*