UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**DATE**: **March 30, 2012**　　　　　　　　　　　　　Time in Court: **4 minutes**

**JUDGE: JEFFREY S. WHITE**　　　　　　　**Court Reporter**: **Kathy Sullivan**

Courtroom Deputy: Jennifer Ottolini

CASE NO.: C-11-536   JSW

TITLE:  In Re: ACA Rosenberg Investor Litigation

| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| Blair Nicolas | Catherine Moreno |
| Dave Kaplan | Lee Rubin |
| Rachel German | Reginald Goeke |
| Louis Malone | |
| Daniel Pfefferbaum | |

PROCEEDINGS:　　1.  Motion for Settlement

　　　　　　　　　　2.  Motion for Attorneys Fees

RESULTS:　　The Court has received no objections and there are no objectors present in court.

　　　　　　　The Court approves the Motion for Settlement and Motion for Attorneys Fees.

　　　　　　　 An order shall issue.