1  BERNSTEIN LITOWITZ BERGER
    & GROSSMANN LLP
2  BLAIR A. NICHOLAS (Bar No. 178428)
(blairn@blbglaw.com)
3  BENJAMIN GALDSTON (Bar No. 211114)
(beng@blbglaw.com)
4  DAVID KAPLAN (Bar No. 230144)
(davidk@blbglaw.com)
5  PAUL M. JONNA (Bar No. 265389)
(paulj@blbglaw.com)
6  12481 High Bluff Drive, Suite 300
San Diego, CA 92130
7  Tel:    (858) 793-0070
Fax:    (858) 793-0323
8
*Co-Interim Lead Plaintiffs' Counsel*
9  *for the Proposed Class*

LIEFF CABRASER HEIMANN
    & BERNSTEIN, LLP
KELLY M. DERMODY (Bar No. 171716)
(kdermody@lchb.com)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
    -and-
STEVEN E. FINEMAN (Bar No. 140335)
(sfineman@lchb.com)
RACHEL GEMAN (admitted *pro hac vice*)
(rgeman@lchb.com)
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Tel: (212) 355-9500
Fax: (212) 355-9592

10  *Co-Interim Lead Plaintiffs' Counsel*
*for the Proposed Class*

11

12

13  UNITED STATES DISTRICT COURT

14  NORTHERN DISTRICT OF CALIFORNIA

15  In re AXA ROSENBERG INVESTOR
LITIGATION

Master File No. CV 11-00536 JSW

16   

<u>CLASS ACTION</u>

17  This Document Relates To:  All Actions

CERTIFICATE OF SERVICE

18

19

20

21

22

23

24

25

26

27

28

1

CERTIFICATE OF SERVICE

2        I hereby certify that on December 27, 2012, I electronically filed the following document

3    with the Clerk of the Court using the CM/ECF system which will send notification of such filing

4    to the e-mail addresses denoted on the attached Electronic Mail Notice List:

5        1. Plaintiffs' Notice Of Motion And Motion For Distribution of Settlement Fund;
            Memorandum of Points and Authorities in Support Thereof;
6        2. Declaration of Stephanie Thurin Regarding Distribution of Settlement Fund;
         3. [Proposed] Order Authorizing Distribution of Settlement Fund; and
7        4. Certificate Of Service.

8        I certify under penalty of perjury under the laws of the United States of America that the

9    foregoing is true and correct.  Executed on December 27, 2012.

10

11

                        */s/ Blair A. Nicholas*
12                      BLAIR A. NICHOLAS
                        BERNSTEIN LITOWITZ BERGER
13                          & GROSSMANN LLP
                        12481 High Bluff Drive, Suite 300
14                      San Diego, CA 92130
                        Tel:    (858) 793-0070
15                      Fax:    (858) 793-0323
                        Email: blairn@blbglaw.com
16

17

18

19

20

21

22

23

24

25

26

27

28

---

CERTIFICATE OF SERVICE                                                    -2-
Case No. CV 11-00536 JSW

1

## Mailing Information for Case No. C 11-0536 JSW

2

**Electronic Mail Notice List**

3

The following are those who are currently on the list to receive e-mail notices from the Court for this case.

4
- Blair A. Nicholas
  blairn@blbglaw.com

5

6
- David R. Kaplan
  davidk@blbglaw.com

7

8
- Lee H. Rubin
  lrubin@mayerbrown.com

9

10
- Rena Chng
  rchng@mayerbrown.com

11
- Jonathan R. Bass
  Efiling@JRB@cpdb.com

12

13
- Shawn A. Williams
  shawnw@rgrdlaw.com

14

15
- Jeremiah J. Burke
  jjb@cpdb.com

16

17
- Susan K. Jamison
  EfilingSKJ@cpdb.com

18

19
- Bryan J. Ketroser
  bketroser@wsgr.com

20
- Catherine E. Moreno
  cmoreno@wsgr.com

21

22
- Rees F. Morgan
  EfilingRFM@cpdb.com

23

24
- Steven M. Schatz
  sschatz@wsgr.com

25

26

27

28

---

CERTIFICATE OF SERVICE                                                                        -3-
Case No. CV 11-00536 JSW

1

**E-mail Service List**

2

LIEFF CABRASER HEIMANN
& BERNSTEIN LLP

3

KELLY M. DERMODY

4

kdermody@lchb.com
ALISON STOCKING

5

astocking@lchb.com
275 Battery Street, 29th Floor

6

San Francisco, CA 94111-3339

7

STEVEN E. FINEMAN

8

sfineman@lchb.com
RACHEL GEMAN

9

rgeman@lchb.com
250 Hudson Street, 8th Floor

10

New York, NY 10013-1413

11

*Attorneys for Plaintiff The Board of Trustees of the*

12

*National Elevator Industry Health Benefit Fund*

13

**First Class Mail Service List**

14

O'DONOGHUE & O'DONOGHUE LLP
LOUIS P.MALONE, III

15

4748 Wisconsin Avenue, N.W.

16

Washington, DC 20016

17

*Additional Counsel for Plaintiffs and the Proposed Class*

18

SULLIVAN, WARD, ASHER & PATTON, P.C.

19

SHARON S.ALMONRODE
salmonrode@swappc.com

20

MICHAEL J. ASHER
25800 Northwestern Highway

21

1000 Maccabees Center
Southfield, MI 48075

22

23

*Attorneys for The Board of Trustees of the Pipefitters Local 636 Defined Benefit Pension Fund*

24

ROBBINS GELLER RUDMAN & DOWD LLP
DAVID J. GEORGE

25

KATHLEEN L. BARBER
120 E. Palmetto Park Road, Suite 500

26

Boca Raton, FL 33432

27

*Attorneys for Trustees of the Carpenters Pension Fund of Illinois*

28