UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re AXA ROSENBERG INVESTOR LITIGATION | Master File No. CV 11-00536 JSW |
|---|---|
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | [PROPOSED] ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUND |

**COMES NOW,** ~~this ____ day of _____, 201_,~~ upon consideration of Plaintiffs' Motion for Distribution of Settlement Fund, the Declaration of Stephanie Thurin in Support of Motion for Distribution of Settlement Fund ("Thurin Declaration") of Epiq Class Action & Claims Solutions, Inc. ("Epiq"), the Claims Administrator, and upon the Stipulation of Settlement dated November 1, 2011 (the "Stipulation"), and upon the Final Judgment and Order of Dismissal with Prejudice entered on April 2, 2012 approving the Settlement, and upon all prior proceedings heretofore had herein and after due deliberation, it is hereby ORDERED as follows:

1. The administrative determinations of the Claims Administrator accepting the claims as indicated in the Thurin Declaration, including otherwise valid claims submitted after April 26, 2012, up until November 14, 2012, are approved and said claims are hereby accepted.

2. The administrative determinations of the Claims Administrator rejecting the claims as indicated and described in the Thurin Declaration are approved, and said claims are denied.

3. The Claims Administrator is directed to distribute the balance of the Settlement Fund after deducting the payments previously allowed and set forth herein (the "Net Settlement Fund") to the eligible claimants pursuant to the distribution plan set forth in the Motion. The Court adopts the proposed distribution plan, including but not limited to, authorization to donate the remaining balance, once Lead Counsel determines that it is not cost-effective to conduct further distribution, to the non-profit charitable organization selected by Named Plaintiffs, the Institute for Law & Economic Policy.

4. The Court finds that the administration of the Settlement and the proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation approved by this Court ~~and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the Proofs of Claim submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net~~

---

1  ~~Settlement Fund, are barred from making any further claim against the Net Settlement Fund~~
2  ~~beyond the amount allocated to Authorized Claimants.~~

3  5. The Court authorizes the Claims Administrator to discard paper copies of the
4  Proofs of Claim and all supporting documentation one year after the Distribution, and to discard
5  electronic copies of the same three years after Distribution.

6  6. The Court approves payment from the Settlement Fund to Epiq for the claims
7  administration fees and expenses incurred and reasonably expected to be incurred in connection
8  with the administration and through completion of the project as requested in the Motion in the
9  total amount of $23,740.21.

10  7. ~~The Court retains jurisdiction over any further application or matter that may arise~~
11  ~~in connection with this action.~~

13  Dated: __March 25, 2013__

15                                                  **BY THE COURT:**

17                                                  _/s/ Jeffrey S. White_
                                                    The Honorable Jeffrey S. White
18                                                  Judge, United States District Court

---

[PROPOSED] ORDER RE DISTRIBUTION OF SETTLEMENT FUND                                    -3-
Master File No. CV 11-00536 JSW